UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ELI PAGAN COUVERTIER,
*also known as* Eli Pagan,

                      Plaintiff,

                                          No. 9:12-CV-1282
         -v-                                 (DNH/DEP)

JULIE JACKSON, et al.,

                      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                       OF COUNSEL:

ELI PAGAN COUVERTIER
Plaintiff Pro Se
102 Cumberland Walk, 13-A
Brooklyn, NY 11205

HON. ERIC T. SCHNEIDERMAN            CHRISTOPHER W. HALL, ESQ.
New York State Attorney General            Ass't Attorney General
Attorney for Defendants
The Capitol
Albany, NY12224

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

     Pro se plaintiff Eli Pagan Couvertier brought this action pursuant to 42 U.S.C. §§ 1983, 2000cc et seq., alleging deprivations of his civil rights. On May 22, 2014, the Honorable David E. Peebles, United States Magistrate Judge, advised by Report-Recommendation that defendants' motion for summary judgment be granted. No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. <u>See</u> 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Defendants' motion for summary judgment is GRANTED; and

2. Plaintiff's complaint is DISMISSED in its entirety.

The Clerk is directed to serve a copy of this Decision and Order upon plaintiff in accordance with the Local Rules and close the file.

_____
United States District Judge

Dated: June 19, 2014
       Utica, New York.